DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE BUTLER v. J. P. STEVENS

No. 131P83.

Case below: 60 N.C. App. 563.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 April 1983.

IN RE FARMER

No. 104P83.

Case below: 60 N.C. App. 421.

Petition by Farmer for discretionary review under G.S. 7A-31 denied 5 April 1983.

PUGH v. DAVENPORT

No. 92PA83.

Case below: 60 N.C. App. 397.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 5 April 1983.

ROPER v. THOMAS

No. 44P83.

Case below: 60 N.C. App. 64.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 April 1983.

SETTLE v. BEASLEY

No. 67PA83.

Case below: 59 N.C. App. 735.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 April 1983.